ADAMS, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| SOURCE ASSOCIATES, INC., | ) | CASE NO. 1:05CV2526 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE JOHN R. ADAMS |
| v. | ) | |
| | ) | <u>JUDGMENT ENTRY</u> |
| VALERO ENERGY CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This Court, having filed its Memorandum of Opinion and Order, hereby enters judgment in favor of defendant Valero Energy Corporation and against plaintiff Source Associates, Inc. on the Complaint.

This Judgment Entry constitutes entry of judgment pursuant to Fed. R. Civ. P. 58. Final.

IT IS SO ORDERED.

  April 26, 2007                       */s/ John R. Adams*
Date                                   John R. Adams
                                       U.S. District Judge